UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **5:23-cv-00441-DOC-MAA**                                                    Date: **June 11, 2024**

Title   **Jose Murillo v. Neil McDowell**

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:       Attorneys Present for Respondent:
N/A       N/A

**Proceedings (In Chambers):**   Second Order to Show Cause Re: Dismissal for Lack of Prosecution

    On January 8, 2024, the Court granted Petitioner's Motion for Stay and Abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005) and ordered Petitioner to file status reports every sixty (60) days updating the Court about the progress of his habeas petitions in the California courts. (ECF No. 25, at 7.)[1]  In the absence of any status report filed by Petitioner, on April 2, 2024, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution, directing Petitioner to either file a status report or to explain his failure to do so by May 2, 2024 ("April 2 Order"). (ECF No. 26.)

    To date, Petitioner has not filed a status report or responded to the April 2 Order. Out of consideration for Petitioner's *pro se* status, the Court will provide Petitioner an additional opportunity to file a status report. Petitioner is **ORDERED TO SHOW CAUSE**, in writing, by no later than **July 11, 2024**, why this action should not be dismissed for lack of prosecution. If Petitioner files a status report on or before the above date, this Second Order to Show Cause will be discharged, and no additional action need be taken.

    **Petitioner is cautioned that failure to respond to this Order may result in dismissal of the First Amended Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1.**

    It is so ordered.

---

[1] Pinpoint citations in this Order reference the page numbers generated by CM/ECF headers.